**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

CONSOLIDATED CASE NO. 21-80348-CIV-CANNON/MATTHEWMAN

EFN WEST PALM MOTOR SALES, LLC
d/b/a NAPLETON'S WEST PALM BEACH
HYUNDAI and the FLORIDA DEPARTMENT
OF HIGHWAY SAFETY AND
MOTOR VEHICLES,

    Plaintiffs,
v.

HYUNDAI MOTOR AMERICA
CORPORATION,

    Defendant.
_____/

**JOINT MOTION FOR ENTRY OF FINAL JUDGMENT IN REPUTATION**
**TERMINATION CASE (21-81050)**
**AND TO STAY FRAUD TERMINATION CASE (21-80348)**

Plaintiffs and Hyundai Motor America Corporation (collectively, "the Parties"), by and through undersigned counsel, hereby file this motion for entry of Final Judgment in the reputation termination case (Case No. 21-81050) based on the Court's Order Granting Defendant's Motion for Summary Judgment (DE 320), and to stay the fraud termination case (21-80348) pending any appeal of that Final Judgment.  As grounds for this motion, the Parties state as follows:

    1.    On March 7, 2023, this Court entered its Order Granting Defendant's Motion for Summary Judgment ("Summary Judgment Order") (DE 320).

    2.    The Summary Judgment Order disposes of all claims asserted in Case No. 21-81050 (the "Reputation Termination Case"), which is consolidated with Case No. 21-80348 (the "Fraud Termination Case.").

3. The Parties respectfully request that this Court enter a Final Judgment in the Reputation Termination Case based on its Summary Judgment Order. Notwithstanding the consolidated nature of the cases, this Final Judgment will be immediately appealable. *See Hall v. Hall,* 138 S. Ct. 1118 (2018) (final judgment entered in one consolidated case immediately appealable, despite the fact that the other consolidated case remained pending before the district court).

4. Pursuant to Fla. Stat. § 320.641 (7), until "exhaustion of all appellate remedies" as to a Final Judgment in the Reputation Termination Case, the terminations of Plaintiffs' Dealer Agreements are stayed. If a Final Judgment in the Reputation Termination Case is either not appealed or affirmed after exhaustion of appellate remedies, the terminations of Plaintiffs' Dealer Agreements will become final and this would obviate the need entirely: (1) for this Court to rule on the remaining pending pre-trial matters in the Fraud Termination Case; and (2) trial in the Fraud Termination Case. On the other hand, to the extent the Final Judgment is reversed on appeal, then the Parties would be returned to the position they are in today.

5. Thus, the Parties move this Court for the entry of a stay of the Fraud Termination Case pending final determination of any appeal of the Final Judgment in the Reputation Termination Case. Such a stay would save the Parties significant time and attorneys' fees, and a significant amount of judicial resources.

WHEREFORE, the Parties respectfully request that this Court: (1) enter Final Judgment in the Reputation Termination Case, and (2) stay all further proceedings in the Fraud Termination Case pending exhaustion of any appeal of such Final Judgment in the Reputation Termination Case, together with such other and further relief as the Court deems necessary and appropriate.

Respectfully submitted,

By: */s/ Nicholas A. Bader*
Richard N. Sox
Florida Bar No.: 982156
rsox@dealerlawyer.com
Jeremiah M. Hawkes
Florida Bar No.: 472270
jhawkes@dealerlawyer.com
Nicholas A. Bader
Florida Bar No.: 55351
nbader@dealerlawyer.com
W. Kirby Bissell
Florida Bar No.: 0100166
kbissell@dealerlawyer.com
Andrew G. Thomas
Florida Bar No.: 1018226
athomas@dealerlawyer.com
**BASS SOX MERCER**
2822 Remington Green Circle
Tallahassee, Florida 32308
Telephone: (850) 878-6404
Facsimile: (850) 942-4869

*Counsel for Plaintiffs*

By: */s/ Mitchell E. Widom*
Mitchell E. Widom, FBN 473911
mwidom@bilzin.com
Raquel M. Fernandez, FBN 55069
rfernandez@bilzin.com
Shalia M. Sakona, FBN 107398
ssakona@bilzin.com
etrujillo@bilzin.com
eservice@bilzin.com
**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Avenue, Suite 2300
Miami, Florida 33131
Telephone: 305-374-7580
Facsimile: 305-374-7593

James Andrew Bertron, Jr.
Andy.bertron@nelsonmullins.com
Fla Bar No. 982849
Ginger Barry Boyd
Fla Bar No. 294550
ginger.boyd@nelsonmullins.com
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
215 S. Monroe Street, Suite 400
Tallahassee, FL 32301
Tel. (850) 681-6810
Fax. (850) 681-9792

Christopher C. Genovese (pro hac vice)
chris.genovese@nelsonmullins.com
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
1320 Main Street, 17th Floor
Columbia, SC 29201
Tel. (803) 799-2000
Fax. (803) 256-7500

Joel H. Smith (pro hac vice)
joel.smith@bowmanandbrooke.com
Kevin J. Malloy, Esq. (pro hac vice)
kevin.malloy@bowmanandbrooke.com
**BOWMAN AND BROOKE LLP**

1441 Main Street, Suite 1200<br>
Columbia, SC 29201-2897<br>
Tel. (803) 726-7420<br>
Fax: (803) 726-7421<br>
<br>
*Counsel for Hyundai Motor*<br>
*America Corporation*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 7, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By: */s/ /s/ Mitchell E. Widom*
      Mitchell E. Widom